## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FOUNDERS INSURANCE COMPANY

        Plaintiff,

    v.

INSURANCE DESIGNERS OF
MARYLAND, INC., THE AGENCY,
LLC, INDEMNITY INSURANCE
CORPORATION OF DC, RISK
RETENTION GROUP, and JEFFREY
B. COHEN,

        Defendants.

Miscellaneous Case No: RDB 09-2018

## VOLUNTARY DISMISSAL

NOW COMES Plaintiff, FOUNDERS INSURANCE COMPANY, by and through its

undersigned attorneys and pursuant to Fed. R. Civ. P. 41, does voluntarily dismisses this matter.

Respectfully submitted,
FOUNDERS INSURANCE COMPANY,


By:   */S/ Angela W. Russell*
       Angela Williams Russell, Bar #15227
       Cynthia L. Maskol, Bar # 25390
       WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
       200 St. Paul Place, Suite 2530
       Baltimore, Maryland  21202
       410-962-5287
       410-962-8758 (fax)

ROBERT OSTOJIC
LEAHY, EISENBERG & FRAENKEL, LTD.
Attorneys for Plaintiff
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 368-4554
Attorney No. 45875

1

Certificate of Service

I hereby certify that on this 20th day of August, 2009, a copy of the foregoing Voluntary Dismissal was mailed, first class postage prepaid, to:

Steven L. Baron, Esquire
Mandell Menikes LLC
Suite 300
Chicago, Illinois  60606
Fax: 312-251-1010
Attorneys for Defendants and Kufera Consulting

_/S/ Angela W. Russell_____
Angela W. Russell

2

353165.1